David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Marian Betty Young

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIAN BETTY YOUNG | ) Case No. 4:15-CV-01029-KAW |
| Plaintiff, | ) STIPULATION AND ~~(PROPOSED)~~ ORDER |
|  | ) EXTENDING PLAINTIFF'S TIME TO FILE |
| vs. | ) PLAINTIFF'S MOTION FOR SUMMARY |
|  | ) JUDGMENT |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant | ) |
|  | ) |
|  | ) |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file her Motion for Summary Judgment is hereby extended for a period of 28 days, from Tuesday, July 14 to Tuesday, August 11.

　　　　This extension is requested because of earlier deadlines in other court matters that are being handled by Mr. Wilborn, who is assisting plaintiff's lead attorney in this matter. This is plaintiff's first request for an extension.

```
   Young v. Colvin, Case 4:15-cv-01209-KAW, Stipulation and Order Extending
         Plaintiff's Time to File Her Motion for Summary Judgment - 1
```

| | |
|---|---|
| Dated: July 9, 2015 | /s/ David J. Linden<br>DAVID J. LINDEN<br>Attorney at Law<br>Attorney for Plaintiff |
| Dated: July 9, 2015 | /s/  Paul Sachelari<br>[Authorized via electronic mail 07/09/2015]<br>PAUL SACHELARI<br>Special Assistant United States Attorney<br>    Of Attorneys for Defendant |

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 7/10/15                     *Kandis Westmore*
                                   Kandis A. Westmore
                                   UNITED STATES MAGISTRATE JUDGE

Young v. Colvin, Case 4:15-cv-01209-KAW, Stipulation and Order Extending Plaintiff's Time to File Her Motion for Summary Judgment - 2